1    **SARA M. PELOQUIN**
California State Bar No.  Pending
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3    San Diego, California  92101-5008
Telephone:  (619) 234-8467
4    Sara_Peloquin@fd.org

5    Attorneys for Mr. Perez-Ramos

6

7

8                         UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE WILLIAM MCCURINE, JR.)**

11    UNITED STATES OF AMERICA,          )    Case No. 08MJ0465-WMC
                                         )
12                  Plaintiff,           )
                                         )
13    v.                                 )
                                         )    **NOTICE OF APPEARANCE**
14    **JOSE AGUSTO PEREZ-RAMOS,**       )
                                         )
15                  Defendant.           )
      _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18    Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19    the above-captioned case.

20                                            Respectfully submitted,

21

22    Dated: February 21, 2008               /s/  *Sara Peloquin*
                                            **SARA M. PELOQUIN**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Perez-Ramos
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4      Courtesy Copy to Chambers

5      Copy to Assistant U.S. Attorney via ECF NEF

6

Dated:  February 21, 2008                    /s/ *Sara Peloquin*
7                                             **SARA M. PELOQUIN**
                                              Federal Defenders of San Diego, Inc.
8                                             225 Broadway, Suite 900
                                              San Diego, CA  92101-5030
9                                             (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
10                                            Sara_Peloquin@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ0465-WMC